**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**THOMASVILLE DIVISION**

| | | |
|---|---|---|
| **ROBERT LEE SMITH, III,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 6:06-cv-39 (HL) |
| | : | |
| **CITY OF MOULTRIE, et al.,** | : | |
| | : | |
| Defendants. | : | |

_____

## ORDER

For the reasons set forth below, the Order (Doc. 29) filed in this case by the United States Magistrate Judge is vacated.  Defendants have ten (10) days from the entry of this Order to respond to the Objections (Doc. 28) filed by Plaintiff, should they so wish.

### I.      FACTUAL AND PROCEDURAL HISTORY

On September 12, 2006, Robert Lee Smith, III, ("Smith") filed a Motion to Amend (Doc. 17).  The Magistrate Judge denied that Motion by Order (Doc. 27) on October 20, 2006.  Smith filed Objections (Doc. 28) to that Order, specifying that the Objections were filed pursuant to Federal Rule of Civil Procedure 72.  On October 31, 2006, the day after Smith's Objections were received, the Magistrate Judge issued another Order (Doc. 29).  In this October 31st Order, the Magistrate Judge construed Smith's Objections as a Motion for Reconsideration and then reversed his October 20th Order in part and upheld it in part.  (Id.)

### II.     ANALYSIS

1

Federal Rule of Civil Procedure 72(a) states that "[w]ithin 10 days after being served with a copy of the magistrate judge's order, a party may serve and file objections to the order." Fed. R. Civ. P. 72(a).  Rule 72 also directs that "[t]he district judge to whom the case is assigned shall consider such objections and shall modify or set aside any portion of the magistrate judge's order found to be clearly erroneous or contrary to law."  Id.  Here, Smith followed the proper procedure, filing his Objections within the requisite ten day time frame, but the Magistrate Judge construed the Objections as a Motion for Reconsideration and immediately issued an Order addressing Smith's concerns.  Accordingly, the Court vacates the Magistrate Judge's October 31, 2006  Order and notifies Defendants that they have ten (10) days from the entry of this Order to submit any desired Response to the Objections.  Once this ten day period has run, the Court will evaluate the Magistrate Judge's original October 20, 2006 Order (Doc. 27) in light of the Objections and any Response thereto.

### III.   CONCLUSION

The United States Magistrate Judge's Order of October 31, 2006 (Doc. 29), is vacated. Defendants have ten (10) days of the entry of this Order to respond to the Objections (Doc. 28) filed by Smith, should they so wish.

**SO ORDERED**, this the 7th day of November, 2006.

s/ Hugh Lawson
**HUGH LAWSON, JUDGE**

pdl