IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ROBERT LEE SMITH, III, :
:
    Plaintiff, :
:
v. : 6:06-CV-39 (WLS)
: 7:07-CV-116 (WLS)
CITY OF MOULTRIE, ET. AL., :
:
    Defendants. :

**O R D E R**

    Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 68), filed May 23, 2007. It is recommended that Defendant City of Moultrie's motion to dismiss (Doc. No. 38) be granted. Neither Plaintiff, nor Defendant, has filed a timely objection.

    Upon full consideration of the record, the Court finds that said Recommendation should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendant's motion to dismiss (Doc. No. 38) is **GRANTED.** Further, though not addressed by the Magistrate Judge, Plaintiff's motion to compel as it relates to these Defendants (Doc. No. 36) is **DENIED as moot.**

    SO ORDERED, this __6TH__ day of September, 2007.

                                        /s/W. Louis Sands
                                      **W. Louis Sands, Judge**
                                      **United States District Court**