IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ROBERT LEE SMITH, III, | : |
| Plaintiff, | : |
| v. | : 6:06-CV-39 (WLS) |
| | : 7:07-CV-116 (WLS) |
| CITY OF MOULTRIE, ET. AL., | : |
| Defendants. | : |

**O R D E R**

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 70), filed May 29, 2007. It is recommended that Defendants James' and Haskins' motion for summary judgment (Doc. No. 44) be granted and that Plaintiff's motion for summary judgment (Doc. No. 65) be denied. Neither Plaintiff, nor Defendants, have filed a timely objection.

Upon full consideration of the record, the Court finds that said Recommendation should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendants' motion to for summary judgment (Doc. No. 44) is **GRANTED** and Plaintiff's motion for summary judgment (Doc. No. 65) is **DENIED.** Further, though not addressed by the Magistrate Judge, Plaintiff's motion to compel as it relates to these Defendants (Doc. No. 36) is **DENIED as moot.**

SO ORDERED, this __6th__ day of September, 2007.

               /s/W. Louis Sands
               **W. Louis Sands, Judge**
               **United States District Court**